**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 17, 2025

**BRODISKI V. MICROSOFT CORPORATION**
Case # 2:25–cv–00112–TL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Notice of Related Cases Omitted**
Per Local Civil Rule 3(g), the plaintiff and/or removing defendant must list all related cases that are or were pending in this district on the Civil Cover Sheet and, if any, **must electronically file a Notice of Related Case by 1/22/2025**. Notice should be filed by going to **Notices** and selecting **Notice of Related Case**.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file