Hon. Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jennifer Brodiski, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Microsoft Corporation,<br><br>Defendant. | NO. 2:25-cv-00112-TL<br><br>**NOTICE OF RELATED CASE** |

Plaintiff Jennifer Brodiski, hereby provides notice pursuant to Local Civil Rule 3(g)(1) of the cases related to the above-captioned matter, styled as:

1.   *Boycat, Inc. v. Microsoft Corporation*, Case No. 2:25-cv-00088-BAT

The above-listed case has the same defendant and involves similar claims.

DATED this 17th day of January, 2025.

TOUSLEY BRAIN STEPHENS PLLC


By: s/*Jason T. Dennett*
    Jason T. Dennett, WSBA #30686
    jdennett@tousley.com
    Joan M. Pradhan, WSBA #58134
    jpradhan@tousley.com
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington 98101

NOTICE OF RELATED CASE - 1

| | |
|---|---|
| 1 | Telephone: 206.682.5600/Fax: 206.682.2992 |
| 2 | Adam E. Polk (*pro hac vice* forthcoming) |
|   | Simon S. Grille (*pro hac vice* forthcoming) |
| 3 | GIRARD SHARP LLP |
|   | 601 California Street, Suite 1400 |
| 4 | San Francisco, CA 94108 |
|   | Telephone: (415) 981-4800 |
| 5 | apolk@girardsharp.com |
| 6 | sgrille@girardsharp.com |
| 7 | ***Attorneys for Plaintiff*** |

NOTICE OF RELATED CASE - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992